IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, HECTOR BALDERAS, Attorney General for the State of New Mexico,<br><br>      *Plaintiff*,<br><br>   v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>      *Defendant*. | Case No. 1:20-cv-00143-NF-KHR<br><br>Hon. Nancy Freudenthal |

## PLAINTIFF STATE OF NEW MEXICO'S STATUS REPORT

The Court recently granted Defendant Google LLC's Motion to Dismiss. (Dkt. 34.) The motion was granted without prejudice to Plaintiff State of New Mexico's filing an amended complaint, if any, by October 13, 2020, which was extended to October 27, 2020, at Plaintiff's request. (Dkt. 36.) Plaintiff submits this status report to notify the Court that Plaintiff does not intend to amend the complaint and requests that the Court enter judgment for purposes of appeal.

Dated:  October 27, 2020          Respectfully submitted,

                                        **ATTORNEY GENERAL OF NEW MEXICO**
                                        **HECTOR H. BALDERAS**

                                    By:    *Allen Carney*
                                                   Allen Carney

                                        Cholla Khoury
                                        ckhoury@nmag.gov
                                        Brian E. McMath
                                        bmcmath@nmag.gov
                                        Assistant Attorneys General
                                        CONSUMER & ENVIRONMENTAL
                                        PROTECTION DIVISION
                                        NEW MEXICO OFFICE OF THE ATTORNEY
                                        GENERAL

P.O. Drawer 1508
Santa Fe, NM 87504-1508
Telephone: 505.717.3531
Facsimile: 505.318.1050

Allen Carney
acarney@cbplaw.com
Hank Bates
hbates@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Phone: (312) 242-0859
Fax: (312) 589-6378

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this day, October 27, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record via the CM/ECF System.

                                              */s/ Allen Carney*
                                              ALLEN CARNEY