IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* HECTOR BALDERAS, Attorney General for the State of New Mexico,<br><br>      Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC, a Delaware limited liability company,<br><br>      Defendant, | Case No.  20-CV-0143-NDF |

ORDER ON PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT

The Court previously ruled that if Plaintiff the State of New Mexico ex rel. Hector Balderas, Attorney General for the State of New Mexico, did not timely file an amended complaint, Plaintiff's claim under the Children's Online Privacy Protection Act would be dismissed with prejudice and Plaintiff's state law claims would be dismissed without prejudice.  By its status report of October 27, 2020, Plaintiff states that it does not intend to amend its complaint and in accordance with Federal Rule of Civil Procedure 58, requests entry of judgment.

Accordingly, the Court directs the Clerk to enter final judgment consistent with this order and close this case.

IT IS SO ORDERED this 29th day of October, 2020.

*Nancy D. Freudenthal*
_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE