IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* HECTOR BALDERAS, Attorney General for the State of New Mexico,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC, a Delaware limited liability company,<br><br>Defendant, | Case No.  20-CV-0143-NDF |

JUDGMENT IN A CIVIL ACTION

The Court having dismissed Plaintiff the State of New Mexico ex rel. Hector Balderas, Attorney General for the State of New Mexico's claim under the Children's Online Privacy Protection Act with prejudice, and having dismissed Plaintiff's state law claims without prejudice, Judgment is entered accordingly.

Dated this 29th day of October, 2020.

_____
*Clerk of Court or Deputy Clerk*